**Robert Lee PROUD, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 77356.**

Missouri Court of Appeals,
Eastern District.
Division One.

Oct. 24, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 21, 2000.

Rosalynn Koch, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before ROBERT G. DOWD, P.J., and MARY RHODES RUSSELL and RICHARD B. TEITELMAN, JJ.

## ORDER

PER CURIAM.

Robert Lee Proud (Movant) appeals the judgment denying his Rule 24.035 motion for post-conviction relief. Movant pleaded guilty to first-degree murder in violation of Section 565.020.1, RSMo 1994. Movant now contends his plea counsel coerced his guilty plea. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).